FILED

9/6/2019

Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| CARL WOOTEN, III,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA (ex. rel. PUREVIEW/COOPERATIVE HEALTH CENTER DENTAL CLINIC),<br><br>Defendant. | Cause No. CV-18-89-H-CCL<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The parties having stipulated to the dismissal of the above titled cause with prejudice,

IT IS HEREBY ORDERED that the above titled cause is DISMISSED WITH PREJUDICE, each party to bear their own costs and fees.

DATED this 6th day of September, 2019

By _____
CHARLES C. LOVELL
Senior United States District Judge

1